**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

U.S. Bankruptcy Court
1340 Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303-3363

001003  1003 3 MB 0.637  10532 12 6916-2-1013
CAVALRY PORTFOLIO SERV
7 SKYLINE DR STE 350
HAWTHORNE NY 10532-2162

FIRST-CLASS MAIL

FORWARD TIME EXP RTN TO SEND
CAVALRY PORTFOLIO
500 SUMMIT LAKE DR STE 400
VALHALLA NY 10595-2322

RETURN TO SENDER

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18